EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Juan J. Bernal Sánchez | 2003 TSPR 178 160 DPR _____ |

Número del Caso: TS-5435

Fecha: 23 de septiembre de 2003

Oficina del Procurador General:

Lcda. Yvonne Casanova Pelosi
Procuradora General Auxiliar

Materia: Conducta Profesional
(La suspensión del abogado advino final y firme el día 10 de diciembre de 2003.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan J. Bernal Sánchez

TS-5435    Conducta
           Profesional

PER CURIAM

San Juan, Puerto Rico, a 23 de septiembre de 2003

El licenciado Juan J. Bernal Sánchez fue admitido al ejercicio de la abogacía el día 31 de mayo de 1977 y a la práctica de la notaría el 1ro de agosto de 1977. El 7 de marzo de 2003, la Oficina del Procurador General presentó una querella contra el abogado Juan Bernal Sánchez en la cual alegó que éste había incurrido en la conducta sancionada en la Sección 9 de la Ley de 11 de marzo de 1909, 4 L.P.R.A. § 735.

De la copia certificada de la sentencia emitida por el Tribunal de Distrito Federal, se desprende que el día 23 de mayo de 2002, dicho Tribunal acogió una alegación de culpabilidad del abogado

querellado por un cargo por violación al Título 21 USC Sec. 846,

conspirar para distribuir entre dos (2) y tres kilogramos y medio

(3.5) de cocaína, y por dos cargos por violación al Título 18 USC

924c(1) y (2), utilizar armas de fuego en la comisión de un delito

relacionado al tráfico de sustancias controladas.  El Lic. Bernal

Sánchez fue sentenciado a cumplir ciento veinte (120) meses de pena

de reclusión.

La Sección 9 de la Ley de 11 de mayo de 1909, 4 L.P.R.A. sec.

735, dispone lo siguiente:

> "El abogado que fuere culpable de engaño, conducta inmoral (*malpractice*), delito grave (*felony*) o delito menos grave (*misdemeanor*), en conexión con el ejercicio de su profesión o que fuere culpable de cualquier delito que implicare depravación moral, podrá ser suspendido o destituido de su profesión por la Corte Suprema de Puerto Rico. La persona que siendo abogado fuere convicta de un delito grave cometido en conexión con la práctica de su profesión o que implique depravación moral, cesará convicta que fuere, de ser abogado o de ser competente para la práctica de su profesión. A la presentación de una copia certificada de la sentencia dictada a la Corte Suprema, el nombre de la persona convicta será borrado, por orden de la Corte, del registro de abogados."

Considerando que el abogado querellado ha sido sentenciado

final y firmemente por delitos graves que implican depravación

moral, y examinado su expediente,[1] decretamos la separación

inmediata e indefinida del ejercicio de la abogacía al señor Juan

J. Bernal Sánchez y ordenamos la eliminación de su nombre del

Registro de Abogados del Estado Libre Asociado de Puerto Rico,

---

[1] El 21 de mayo de 2003, el Director Ejecutivo del Colegio de Abogados de Puerto Rico certificó que el abogado querellado fue incluido en la Querella sobre Suspensión del Ejercicio de la Abogacía ante el Tribunal Supremo del 27 de septiembre de 2002 y que aún adeuda la cuota de colegiación correspondiente al año 2002.

hasta que otra cosa disponga este Tribunal.[2]  Véase, In re: Joshua T. Adújar Figueroa, res. el 13 de mayo de 2002, 2002 TSPR 73; In re: Milton J. Rúa Cabrer, 132 D.P.R. 431 (1992); In re: Ríos Ruiz, 129 D.P.R. 666 (1991); In re: Santiago Casanova, 122 D.P.R. 489 (1988).

Se dictará la correspondiente Sentencia.

---

[2] Surge del expediente que es innecesario ordenar al Alguacil del Tribunal a incautarse de la obra notarial del Sr. Juan J. Bernal Sánchez en virtud de ya estar en la Oficina de Inspección de Notarías los libros de Declaraciones Juradas y éste nunca haber autorizado escritura alguna.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

   Juan J. Bernal Sánchez

                                 TS-5435        Conducta
                                                   Profesional

SENTENCIA

San Juan, Puerto Rico, a 23 de septiembre de 2003

     Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se decreta suspensión del Sr. Juan J. Bernal Sánchez del ejercicio de la abogacía y se ordena que se elimine su nombre del Registro de Abogados del Tribunal Supremo.

     Publíquese.

     Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.

                            Patricia Otón Olivieri
                    Secretaria del Tribunal Supremo